AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| WAYNE TYNER, | ) Case No. 20-mj-00166-MEH |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the undersigned complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about August 19, 2018, in the State and District of Colorado, the defendant, WAYNE TYNER, together with Matthew Marre, in interstate or foreign commerce, did knowingly and intentionally attempt to obtain confidential phone records information of a covered entity, to wit: AT&T, by making false and fraudulent statements and representations to an employee of a covered entity; and further the defendant, WAYNE TYNER, together with Matthew Marre, did knowingly or intentionally aid, abet, counsel, command, induce and procure each other's participation in the commission of said offense.

All in violation of Title 18, United States Code, Sections 1039(a)(1) and 2.

I further state that I am a Task Force Officer with The Federal Bureau of Investigation, and that this complaint is based on the following facts: see Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*/s/ Michael A. Thrapp*
*Complainant's signature*

Michael A. Thrapp, Task Force Officer
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 10/15/2020

*Michael E. Hegarty*
*Judge's signature*

City and state: Denver, Colorado

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*