DEFENDANT:      WAYNE TYNER

AGE/YOB:      **1986**

COMPLAINT      _____ Yes    _____ No
FILED?

                  If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  \_\_ Yes   \_\_ No
   If No, a new warrant is required

OFFENSE(S):      18 U.S.C. §§1039(a)(1) and 2 (Fraud in connection with obtaining
                 confidential phone records and Aiding and Abetting the Same)

LOCATION OF      Weld, Jefferson, El Paso and Arapahoe Counties, Colorado
OFFENSE:

PENALTY:      *NMT 10 years imprisonment, NMT $250,000 fine, or both; NMT 3 years*
                 *supervised release; $100 special assessment and restitution, each count.*

AGENT:      Michael A. Thrapp
                 Task Force Officer, FBI Safe Streets Task Force

AUTHORIZED      Greg Holloway, AUSA
BY:      Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less; \_\_\_ over five days

THE GOVERNMENT

\_\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.