UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America, ) | |
| v. ) | Case No.  20-mj-00166-MEH |
| WAYNE TYNER, ) | |
| *Defendant* | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay WAYNE TYNER, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information
☒ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition
☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1039(a)(1) Fraud in connection with obtaining confidential phone records

Date: 10/15/2020

*Issuing officer's signature*

City and state:  Denver, CO

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*